IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| IBODULLO MUHIDDINOV NUMANOVICH | : | VIOLATIONS:<br>18 U.S.C. § 2261A(2) (stalking – 1 count) |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From at least March 27, 2024 through on or about May 7, 2024, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**IBODULLO MUHIDDINOV NUMANOVICH,**

with the intent to injure, harass, intimidate, and place under surveillance with the intent to injure, harass, and intimidate another person, that is, S.K., a person known to the grand jury, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce to engage in a course of conduct, including sending threatening voice messages to S.K. and placing S.K. under electronic surveillance, that placed S.K. in reasonable fear of death or serious bodily injury, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to S.K.

In violation of Title 18, United States Code, Section 2261A(2).

A TRUE BILL:

███████████████████████████

_/s/ illegible /por_

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No. _____

---

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

---

THE UNITED STATES OF AMERICA

vs.

IBODULLO MUHIDDINOV NUMANOVICH

---

INDICTMENT

Counts

18 U.S.C. § 2261A(2) (stalking – 1 count);