IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| IBODULLO MUHIDDINOV NUMANOVICH | : | |

### ORDER FOR BENCH WARRANT

AND NOW, this 8th day of May, 2024, on motion of Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE LYNNE A. SITARSKI
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| IBODULLO MUHIDDINOV NUMANOVICH | : | |

### MOTION FOR BENCH WARRANT

AND NOW, this 8th day of May, 2024, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Timothy M. Stengel and Danielle S. Bateman, Assistant United States Attorneys move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

JACQULINE C. ROMERO
United States Attorney

*/s/ Timothy M. Stengel*
TIMOTHY M. STENGEL
DANIELLE S. BATEMAN
Assistant United States Attorneys