FBI

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Eastern        District of    Pennsylvania

| United States of America | ) | |
| v. | ) | Case No.     24-CR-190-1 |
| | ) | |
| | ) | |
| | ) | SEALED |
| IBODULLO MUHIDDINOV NUMANOVICH | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   IBODULLO MUHIDDINOV NUMANOVICH                          ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
18:2261A(2) - STALKING

Date:        05/09/2024                                                     s/ Eric Sobieski
                                                                   *Issuing officer's signature*

City and state:    Philadelphia, Pa                          Eric Sobieski, Deputy Clerk
                                                                   *Printed name and title*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

| **Return** |
| This warrant was received on *(date)*  5/9/2024, and the person was arrested on *(date)*  5/17/2024 at *(city and state)*  Philadelphia, PA . |
| Date:  5/17/2024 |

Arresting officer's signature

Jason Knight / Special Agent FBI
*Printed name and title*